**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ERICKA LOOFE,

  Plaintiff,

v.                                                             CASE NO.:  8:15-CV-2515-T-33AEP

JPMORGAN CHASE BANK, N.A.,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, ERICKA LOOFE, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ERICKA LOOFE, and Defendant, JPMORGAN CHASE BANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on March 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following CM/ECF: hookerm@phelps.com, claudia.kitchell@phelps.com, guy.mcconnell@phelps.com, adam.levin@hoganlovells.com, carolyn.delone@hoganlovells.com.

      **I FURTHER CERTIFY** that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Mitchell E. Zamoff, Esq., Hogan Lovells US PPL80, South Eighth Street, Suite 1225, Minneapolis, MN 55402.

                                                  Respectfully submitted,

                                                  /s/William Peerce Howard
                                                  William Peerce Howard, Esquire
                                                  Florida Bar No:  0103330
                                                  Amanda J. Allen, Esquire
                                                  Florida Bar No.:  0098228
                                                  THE CONSUMER PROTECTION FIRM
                                                  210-A South MacDill Avenue
                                                  Tampa, FL 33609
                                                  Telephone: (813) 500-1500
                                                  Billy@TheConsumerProtectionFirm.com
                                                  Amanda@TheConsumerProtectionFirm.com